## Cook v. The State.

APPEAL from Circuit Court of Jefferson.
Tried before the Hon. A. A. COLEMAN.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for murder in the first degree, and sentenced to be hung.
The judgment of conviction is affirmed.

Opinion by TYSON, J.

---

## Dillard v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for selling or disposing of property upon which there was a lien.
The judgment of conviction is affirmed.